

COPY  FILED

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>LARRY W. MCFARLAND (State Bar No. 129668)<br>LMcFarland@kilpatricktownsend.com<br>CHRISTOPHER T. VARAS (State Bar No. 257080)<br>CVaras@kilpatricktownsend.com<br>9720 Wilshire Blvd, PH Suite, Los Angeles, CA 90212<br>Telephone: 310-248-3830<br>Facsimile: 310-860-0363<br>ATTORNEY(S) FOR: Plaintiff CELGARD, LLC | 2014 FEB 28 PM 4:01<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY:_____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CELGARD, LLC,<br>(Movant)<br>Plaintiff(s),<br>v.<br>KIA MOTORS AMERICA, INC,<br>(Respondent)<br>Defendant(s) | CASE NUMBER: SAVC14-01535-CAS(RZx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff CELGARD, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Polypore International, Inc. (a publicly held corporation) | Corporate Parent of Plaintiff Celgard, LLC |
| SK Innovation Co., Ltd. | Defendant |
| Kia Motors America, Inc. | Entity upon whom subpoena was served |

February 28, 2014
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff CELGARD, LLC

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES